### Ronald G. BEAGLES, Plaintiff–Appellant,

v.

### Mike CIESYNSKI, Detective, Seattle Police Department; et al., Defendants–Appellees.

No. 01–35077.

D.C. No. CV–00–01878–BJR.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2001.*

Decided Aug. 30, 2001.

Before HAWKINS, TASHIMA, and GOULD, Circuit Judges.

MEMORANDUM **

Ronald G. Beagles, a Washington state prisoner, appeals pro se the district court's judgment sua sponte dismissing, pursuant to 28 U.S.C. § 1915A, his 42 U.S.C. § 1983 action alleging unlawful arrest. We have jurisdiction pursuant to 28 U.S.C. § 1291.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

We review de novo, *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000). We affirm because success on Beagles' claims would necessarily imply the invalidity of his conviction. *See Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994); *Cabrera v. City of Huntington Park,* 159 F.3d 374, 380 (9th Cir.1998).

Beagles' remaining contentions lack merit.

**AFFIRMED.**

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the